THE STATE OF OHIO, APPELLEE, v. GRIFFIS, APPELLANT.

[Cite as *State v. Griffis*, 132 Ohio St.3d 88, 2012-Ohio-2201.]

(No. 2011–1194—Submitted May 9, 2012—Decided May 23, 2012.)

---

{¶ 1} The cause is dismissed as having been improvidently accepted. Appellant's motion to vacate stay of briefing is denied as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

---

Timothy Young, Ohio Public Defender, and Peter Galyardt, Assistant Public Defender, for appellant.